# **EXHIBIT A**

# COVER SHEET

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF CABELL COUNTY WEST VIRGINIA

**Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation**

**First Plaintiff:**
☐ Business  ☑ Individual
☐ Government  ☐ Other

**First Defendant:**
☑ Business  ☐ Individual
☐ Government  ☐ Other

**Judge:**    Sean K. Hammers

## COMPLAINT INFORMATION

**Case Type:**  Civil                    **Complaint Type:**  Tort

**Origin:**    ☑ Initial Filing    ☐ Appeal from Municipal Court    ☐ Appeal from Magistrate Court

**Jury Trial Requested:**    ☑ Yes  ☐ No    **Case will be ready for trial by:**  9/7/2026

**Mediation Requested:**    ☐ Yes  ☑ No

**Substantial Hardship Requested:**  ☐ Yes  ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

   ☐ Wheelchair accessible hearing room and other facilities

   ☐ Interpreter or other auxiliary aid for the hearing impaired

   ☐ Reader or other auxiliary aid for the visually impaired

   ☐ Spokesperson or other auxiliary aid for the speech impaired

   ☐ Other:

☐ I am proceeding without an attorney

☑ I have an attorney:   Thomas Boggs, PO BOX 3327 , CHARLESTON, WV 25333

## SERVED PARTIES

**Name:** Peyton Lykins

**Address:** 5388 State Route 827, Greenup KY 41144

**Days to Answer:** 30          **Type of Service:** Secretary of State - Certified - Including Copy Fee

---

**Name:** Matthew Russell

**Address:** 620 Pollard Road Apt. 2, Ashland KY 41101

**Days to Answer:** 30          **Type of Service:** Secretary of State - Certified - Including Copy Fee

---

**Name:** Excel Modular Scaffolding and Leasing Corporation

**Address:** 5098 Washington Street, West Suite 407, Charleston WV 25313

**Days to Answer:** 30          **Type of Service:** Secretary of State - Certified - Including Copy Fee

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

**IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA**

**LISA TODD, as Personal Representative**
**of the ESTATE OF DUANE F. OECHSNER,**

        **Plaintiff,**

**v.**                                   **Civil Action No._____**

**EXCEL MODULAR SCAFFOLDING AND**
**LEASING CORPORATION, PEYTON**
**LYKINS and MATTHEW RUSSELL,**

        **Defendants.**

## COMPLAINT

COMES NOW the Plaintiff, by counsel Thomas P. Boggs, Esq., Megan L. Southern, Esq. and the Warner Law Offices, PLLC, and for her Complaint, states as follows:

### JURISDICTION and VENUE

1.     This action arises from an automobile collision which occurred on or about July 30, 2024, in or near Barboursville, Cabell County, West Virginia and which resulted in the wrongful death of Duane Oechsner on August 3, 2024.

2.     At all times relevant to this action, Plaintiff Lisa Todd was married to Duane Oechsner, both of whom were residents of Brownsburg, Hendricks County, Indiana. Plaintiff Lisa Todd is the duly qualified and appointed Personal Representative of the Estate of Duane Oechsner under the laws of the State of Indiana.

3.     At all times relevant to this action, Defendant Excel Modular Scaffolding and Leasing Corporation (hereinafter "Defendant Excel") was a foreign corporation

operating out of South Point, Lawrence County, Ohio, and also licensed to do business, and actually conducting business, in the State of West Virginia.

4.     At all times relevant to this action, Defendant Peyton Lykins (hereinafter "Defendant Lykins") was a resident of Greenup, Greenup County, Kentucky.

5.     At all times relevant to this action, Defendant Matthew Russell (hereinafter "Defendant Russell") was a resident of Ashland, Boyd County, Kentucky.

6.     This Court has personal jurisdiction to hear the present action by virtue of West Virginia Code sections 56-3-33 and 56-3-31, the West Virginia Long Arm Non-Resident Operator Statutes, and the facts as enumerated herein.

7.     This Court is the appropriate venue for the present action by virtue of West Virginia Code section 56-1-1.

## FACTS

8.      In the early morning hours of July 30, 2024, Duane Oechsner was operating a 2023 Kenworth Tractor Trailer traveling eastbound on Interstate 64 in or near Barboursville, Cabell County, West Virginia.

9.      At the same time on July 30, 2024, Defendant Russell was operating a 2001 Honda Civic, also traveling eastbound on Interstate 64 in or near Barboursville, Cabell County, West Virginia.

10.     As Duane Oechsner's truck approached Exit 15 in a construction zone, the vehicle operated by Defendant Russell merged into Mr. Oechsner's lane of travel, striking the side of the Oechsner truck.

11.    The collision between the Oechsner and Russell vehicles left both vehicles inoperable on the right side of the highway, out of the traffic lanes, with Mr. Russell's vehicle facing west toward oncoming traffic.

12.    After the collision, Duane Oechsner exited his truck and walked back to check on the safety and wellbeing of Defendant Russell.

13.    At the same time on July 30, 2024, Defendant Lykins was operating a 2024 Chevrolet Silverado, owned by his employer Defendant Excel and entrusted to Defendant Lykins, also traveling eastbound on Interstate 64 in or near Barboursville, Cabell County, West Virginia.

14.    As Duane Oechsner spoke with Defendant Russell and assessed the damage to the vehicles, the truck operated by Defendant Lykins slammed into Mr. Oechsner as he stood outside of the travel lane, leaving Mr. Oechsner lying on the side of the road with life-threatening injuries.

15.    At the time of the collision, Defendant Lykins' drivers' license was suspended as a result of a Driving Under the Influence charge in Kentucky on July 20, 2020, more than four (4) years before this collision.

16.    After hitting Mr. Oechsner, Defendant Lykins did not stop to render aid or otherwise check on Mr. Oechsner's wellbeing but instead kept traveling eastbound.

17.    Even after stopping and inspecting the damage from the impact on the truck he was operating, Defendant Lykins did not return to the scene of his impact with Duane Oechsner.

18.    Duane Oechsner suffered for four (4) days before succumbing to the effects of his injuries on August 3, 2024.

19.     As a result of his actions on July 30, 2024, Defendant Lykins was criminally charged with Negligent Homicide for causing Mr. Oechsner's death, as well as Leaving the Scene of the crash and driving on a license which had been suspended for Driving Under the Influence.

20.     On July 25, 2025, Defendant Lykins pleaded guilty to Negligent Homicide under West Virginia Code section 17C-5-1(a) for causing the death of Duane Oechsner in reckless disregard for the safety of others.

**COUNT ONE:**
**NEGLIGENCE *PER SE* –**
**DEFENDANT PEYTON LYKINS**

21.     Plaintiff incorporates the allegations and inferences of all preceding paragraphs of the Complaint into this Count.

22.     West Virginia Code section 17C-5-1(a) is a statute designed and enacted to protect persons on the roadways of the State of West Virginia.

23.     Duane Oechsner is among the class of persons that West Virginia Code section 17C-5-1(a) was intended to protect.

24.     Duane Oechsner's injuries and untimely death were caused by Defendant Lykins' violation of West Virginia law.

25.     Defendant Lykins, by virtue of his guilty plea, has admitted that his actions caused the death of Duane Oechsner.

26.     Defendant Lykins' violation of West Virginia Code section 17C-5-1(a), which violation proximately caused Duane Oechsner's injuries and untimely death, renders Defendant Lykins negligent as a matter of law.

**COUNT TWO:**
**NEGLIGENCE –**
**DEFENDANT PEYTON LYKINS**

27.    Plaintiff incorporates the allegations and inferences of all preceding paragraphs of the Complaint into this Count.

28.    On or about July 30, 2024, Defendant Lykins had a duty to operate his vehicle in a safe and careful manner, such as would a reasonably prudent driver on the roads of the State of West Virginia.

29.    By slamming his truck into Duane Oechsner's body, Defendant Lykins breached his aforementioned duty to operate the truck in a safe and careful manner.

30.    Defendant Lykins' multiple breaches of his duty to operate his truck in a safe and careful manner on July 30, 2024 were a direct and proximate cause of the collision which is the subject of the present Complaint.

31.    As a direct and proximate result of Defendant Lykins' multiple breaches of his duty to operate the Chevrolet Silverado pickup truck in a safe and careful manner on July 30, 2024, Duane Oechsner suffered severe injuries which resulted in his untimely death, which injuries and death give rise to significant special and general damages as will be proven.

**COUNT THREE:**
**RESPONDEAT SUPERIOR –**
**EXCEL MODULAR SCAFFOLDING AND LEASING CORPORATION**

32.    Plaintiff incorporates the allegations and inferences of all preceding paragraphs of the Complaint into this Count.

33.    Upon information and belief, on or about July 30, 2024, Defendant Lykins was an employee of Defendant Excel.

34.    On or about July 30, 2024, Defendant Lykins was acting within the scope of his employment as an employee of Defendant Excel.

35.    On or about July 30, 2024, Defendant Lykins was operating the 2024 Chevrolet Silverado owned by Defendant Excel with the express and/or implied authority of Defendant Excel, and in the course of his employment with Defendant Excel.

36.    As the employer of Defendant Lykins, who was acting in the course and scope of his employment when he hit and killed Duane Oechsner on July 30, 2024, Defendant Excel is vicariously liable for the negligent acts committed by Defendant Lykins on or about July 30, 2024, including the wrongful death of Duane Oechsner.

**COUNT FOUR:**
**NEGLIGENT ENTRUSTMENT –**
**EXCEL MODULAR SCAFFOLDING AND LEASING CORPORATION**

37.    Plaintiff incorporates the allegations and inferences of all preceding paragraphs of the Complaint into this Count.

38.    The 2024 Chevrolet Silverado operated by Defendant Lykins on July 30, 2024, was owned by Defendant Excel and operated by Defendant Lykins with the express permission, and at the express direction, of Defendant Excel.

39.    At all times on and before July 30, 2024, Defendant Excel had a duty to ensure all persons to whom it entrusted its vehicle were fit and competent to operate the

vehicle in a safe and careful manner, such as would a reasonably prudent driver on the roads of the State of West Virginia.

40.    Defendant Excel knew, or from the circumstances is charged with knowing, that its employee Defendant Lykins was incompetent or unfit to drive the vehicle.

41.    Despite failing to ensure Defendant Lykins was competent or fit to drive its vehicle, Defendant Excel directed Defendant Lykins to operate its vehicle on July 30, 2024.

42.    As a direct and proximate result of Defendant Excel's failure to ensure that Defendant Lykins was competent or fit to operate its vehicle on July 30, 2024, Duane Oechsner suffered severe injuries which resulted in his untimely death, which injuries and death give rise to significant special and general damages as will be proven.

**COUNT FIVE:**
**NEGLIGENCE –**
**DEFENDANT MATTHEW RUSSELL**

43.    Plaintiff incorporates the allegations and inferences of all preceding paragraphs of the Complaint into this Count.

44.    On or about July 30, 2024, Defendant Russell had a duty to operate his vehicle in a safe and careful manner, such as would a reasonably prudent driver on the roads of the State of West Virginia.

45.    By improperly changing lanes and merging his vehicle into the side of Duane Oechsner's truck, Defendant Russell breached his aforementioned duty to operate his vehicle in a safe and careful manner.

46.     Defendant Russell's multiple breaches of his duty to operate his vehicle in a safe and careful manner on July 30, 2024, were a direct and proximate cause of the collision which is the subject of the present Complaint.

47.     As a direct and proximate result of Defendant Russell's multiple breaches of his duty to operate his vehicle in a safe and careful manner on July 30, 2024, Duane Oechsner suffered severe injuries which resulted in his untimely death, which injuries and death give rise to significant special and general damages as will be proven.

**WHEREFORE**, Plaintiff prays this Honorable Court will grant judgment against Defendants in an amount sufficient to fully compensate Plaintiff and the Estate of Duane Oechsner for the expenses related to the care, treatment and hospitalization of Duane Oechsner incident to the injury resulting in his wrongful death; the conscious pain and suffering of Duane Oechsner; the sorrow, mental anguish and loss of solace, including society, companionship, comfort, guidance, kindly offices and advice of Duane Oechsner suffered as a result of Duane Oechsner's wrongful death on August 3, 2024; the reasonably expected loss of income of Duane Oechsner; the services, protection, care and assistance provided by Duane Oechsner; punitive damages for Defendant Lykins' conscious, reckless outrageous indifference to the health, safety and welfare of others; and for such other and further relief as the Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**LISA TODD, as Personal Representative of the ESTATE OF DUANE F. OECHSNER, By Counsel**

_____/s/ Thomas P. Boggs_____
Thomas P. Boggs, Esq. (WV Bar No. 10681)
Megan L. Southern, Esq. (WV Bar No. 13529)
WARNER LAW OFFICES, PLLC
P. O. Box 3327
Charleston, WV  25333
(304) 345-6789
*tboggs@wvpersonalinjury.com*
*msouthern@wvpersonalinjury.com*
(Counsel for Plaintiff)

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

**IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA**

**LISA TODD, as Personal Representative**
**of the ESTATE OF DUANE F. OECHSNER,**

**Plaintiff,**

**v.**                                              Civil Action No._____

**EXCEL MODULAR SCAFFOLDING AND**
**LEASING CORPORATION, PEYTON**
**LYKINS and MATTHEW RUSSELL,**

**Defendants.**

## SUMMONS

**TO:    EXCEL MODULAR SCAFFOLDING AND**
**LEASING CORPORATION**
c/o National Registered Agents, Inc., Registered Agent
5098 Washington Street West, Suite 407
Charleston, WV   25313

**IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date:_____            By: _____
                                                   Clerk of the Circuit Court

EFILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

**LISA TODD, as Personal Representative
of the ESTATE OF DUANE F. OECHSNER,**

**Plaintiff,**

**v.**                                                    Civil Action No._____

**EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION, PEYTON
LYKINS and MATTHEW RUSSELL,**

**Defendants.**

## <u>SUMMONS</u>

**TO:   PEYTON LYKINS**
        5388 State Route 827
        Greenup, KY 41144

**IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date:_____          By: _____
                                              Clerk of the Circuit Court

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

**IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA**

**LISA TODD, as Personal Representative**
**of the ESTATE OF DUANE F. OECHSNER,**

          **Plaintiff,**

**v.**                              **Civil Action No._____**

**EXCEL MODULAR SCAFFOLDING AND**
**LEASING CORPORATION, PEYTON**
**LYKINS and MATTHEW RUSSELL,**

          **Defendants.**

## <u>SUMMONS</u>

**TO:**  **MATTHEW RUSSELL**
       620 Pollard Road, Apartment 2
       Ashland, KY   41101

      **IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date:_____          By: _____
                                         Clerk of the Circuit Court



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**  Thomas Boggs
tboggs@wvpersonalinjury.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

CC-06-2025-C-321

The following complaintwas FILED on 7/29/2025 2:01:11 PM

Notice Date:      7/29/2025 2:01:11 PM

Michael J. Woelfel

CLERK OF THE CIRCUIT COURT

Cabell County

750 5th Avenue, Suite 114

HUNTINGTON, WV 25701

(304) 526-8622



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**  Peyton Lykins
5388 State Route 827
Greenup, KY 41144

# NOTICE OF FILING

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following complaintwas FILED on 7/29/2025 2:01:11 PM

Notice Date:      7/29/2025 2:01:11 PM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**  Matthew Russell
620 Pollard Road
Apt. 2
Ashland, KY 41101

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following complaintwas FILED on 7/29/2025 2:01:11 PM

Notice Date:     7/29/2025 2:01:11 PM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

 West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:** Excel Modular Scaffolding and Leasing Corporation
5098 Washington Street, West
Suite 407
Charleston, WV 25313

# NOTICE OF FILING

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following complaintwas FILED on 7/29/2025 2:01:11 PM

Notice Date:    7/29/2025 2:01:11 PM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

# SUMMONS

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:     Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Peyton Lykins, 5388 State Route 827, Greenup, KY 41144

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

**SUMMONS**

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Peyton Lykins, 5388 State Route 827, Greenup, KY 41144

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:     Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Peyton Lykins, 5388 State Route 827, Greenup, KY 41144

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____, someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
## Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Matthew Russell, 620 Pollard Road, Apt. 2, Ashland, KY 41101

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Matthew Russell, 620 Pollard Road, Apt. 2, Ashland, KY 41101

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| | |
|---|---|
| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____, someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on
behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service
on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| | |
|---|---|
| _____ | _____ |
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:  Matthew Russell, 620 Pollard Road, Apt. 2, Ashland, KY 41101

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____, someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____, an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Excel Modular Scaffolding and Leasing Corporation, 5098 Washington Street, West, Suite 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Excel Modular Scaffolding and Leasing Corporation, 5098 Washington Street, West, Suite 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/29/2025 2:01:11 PM                    /s/ Michael J. Woelfel
_____        _____
Date                                              Clerk

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on  _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____        _____
Date                                          Server's Signature

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:    Excel Modular Scaffolding and Leasing Corporation, 5098 Washington Street, West, Suite 407, Charleston, WV 25313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

7/29/2025 2:01:11 PM                    /s/ Michael J. Woelfel
_____                    _____
Date                                              Clerk

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on  _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____          _____
Date                                  Server's Signature

/s/ Sean K. Hammers
Circuit Court Judge
Ref. Code: 259OISEOX

E-FILED | 7/30/2025 10:45 AM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## In the Circuit Court of Cabell County, West Virginia

**Lisa Todd,**
Plaintiff,

v.

**Peyton Lykins,**
**Matthew Russell,**
**Excel Modular Scaffolding and**
**Leasing Corporation,**
Defendants

Case No. CC-06-2025-C-321
Judge Sean K. Hammers

### PRELIMINARY ORDER

Pursuant to the West Virginia Rules of Civil Procedure and the West Virginia Trial Court Rules, which place an affirmative duty upon trial courts to ensure the prompt, fair, and cost-effective resolution of civil matters, this Court hereby **ORDERS** that, within seventy-four (74) days of effective service of process having been achieved as to any defendant named in this action, the following shall be filed by one or more parties to this action:

(1) a written report outlining the parties' proposed discovery plan under Rule 26(f) of the West Virginia Rules of Civil Procedure, provided that, if included in the report, any deadline for completing discovery, completing mediation, and filing pre-trial memoranda, along with dates for a pre-trial conference and trial will be binding upon the parties and the Court only if they are set during a scheduling conference with the Court;

(2) a written request that the Court conduct a scheduling conference, with such written request containing the names and email addresses of all counsel of record and any unrepresented litigants; or

(3) a motion setting forth good cause as to why the Court should not issue a scheduling order within the time provided in Rule 16(b)(3) of the West Virginia Rules of Civil

Procedure, provided that no such motion shall be required if, within the seventy-four-day period described above, one of the following motions is filed: a motion for default judgment, a motion to dismiss, or a motion for judgment on the pleadings.

It is further **ORDERED** that the plaintiff(s) shall timely provide a copy of this Order to any defendant upon whom it has served process.

The Clerk is directed to provide a copy of this Order to counsel for the plaintiff(s) or to plaintiff(s) directly if unrepresented by counsel.


**/s/ Sean K. Hammers**
Circuit Court Judge
6th Judicial Circuit


Note: The electronic signature on this order can be verified using the reference code that appears in the upper-left corner of the first page. Visit www.courtswv.gov/e-file/ for more details.



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**  Thomas Perry Boggs
tboggs@wvpersonalinjury.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following order - case was FILED on 7/30/2025 10:45:14 AM

Notice Date:    7/30/2025 10:45:14 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:** Peyton Lykins
5388 State Route 827
Greenup, KY 41144

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following order - case was FILED on 7/30/2025 10:45:14 AM

Notice Date:    7/30/2025 10:45:14 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:** Matthew Russell
620 Pollard Road
Apt. 2
Ashland, KY 41101

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following order - case was FILED on 7/30/2025 10:45:14 AM

Notice Date:       7/30/2025 10:45:14 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**  Excel Modular Scaffolding and Leasing Corporation
5098 Washington Street, West
Suite 407
Charleston, WV 25313

# NOTICE OF FILING

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following order - case was FILED on 7/30/2025 10:45:14 AM

Notice Date:    7/30/2025 10:45:14 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

FILED 7/30/2025 8:42 AM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

LISA TODD, as Personal Representative
of the ESTATE OF DUANE F. OECHSNER,

        Plaintiff,

v.                                Civil Action No._____

EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION, PEYTON
LYKINS and MATTHEW RUSSELL,

        Defendants.

## SUMMONS

TO:   **EXCEL MODULAR SCAFFOLDING AND
      LEASING CORPORATION**
      c/o National Registered Agents, Inc., Registered Agent
      5098 Washington Street West, Suite 407
      Charleston, WV   25313

**IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date:_____**JUL 29 2025**_____         By: _____ _deputy_
                                     Clerk of the Circuit Court

FILED 7/30/2025 8:42 AM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

**LISA TODD, as Personal Representative**
**of the ESTATE OF DUANE F. OECHSNER,**

        **Plaintiff,**

**v.**                                  **Civil Action No.**_____

**EXCEL MODULAR SCAFFOLDING AND**
**LEASING CORPORATION, PEYTON**
**LYKINS and MATTHEW RUSSELL,**

        **Defendants.**

## SUMMONS

**TO:**  **PEYTON LYKINS**
      **5388 State Route 827**
      **Greenup, KY 41144**

    **IN THE NAME OF THE STATE OF WEST VIRGINIA,** you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you. You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date:  __**JUL 29 2025**__          By: _Jan Hawthorne, deputy_

                                    MICHAEL J. WOELFEL
                                    Clerk of the Circuit Court

FILED 07/30/2025 09:42 AM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

**LISA TODD, as Personal Representative
of the ESTATE OF DUANE F. OECHSNER,**

        **Plaintiff,**

**v.**                                        **Civil Action No.**_____

**EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION, PEYTON
LYKINS and MATTHEW RUSSELL,**

        **Defendants.**

### <u>SUMMONS</u>

**TO:  MATTHEW RUSSELL**
      620 Pollard Road, Apartment 2
      Ashland, KY  41101

      **IN THE NAME OF THE STATE OF WEST VIRGINIA,** you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date: _JUL 29 2025_            By: _____



MICHAEL J. WOELFEL
Clerk of the Circuit Court



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**  Thomas Perry Boggs
tboggs@wvpersonalinjury.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following supporting documents was FILED on 7/30/2025 11:42:16 AM

Notice Date:     7/30/2025 11:42:16 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

 **Wolters Kluwer**

August 01, 2025

## Notice of Rejected Service of Process – Log# 549756337

Agent Served:   C T Corporation
Party Served:   Excel Modular Scaffolding and Leasing Corporation
Jurisdiction Served:   West Virginia
Date of Service:   August 01, 2025
Title of Action:   Lisa Todd vs. Excel Modular Scaffolding and Leasing Corporation
Case No.   CC062025C321

Dear Sir/Madam:

We have received documents from you in the above-referenced matter, but we are not able to forward the documents to any party due to the reason indicated below.

☑ Not Agent: According to our records and/or the records of the Secretary of State, we are not the registered agent for the party you are attempting to serve.

☐ Documents Do Not Correctly Identify the Intended Recipient: The name of the party that you are trying to serve appears to be incomplete and/or there are other errors in how you have identified the party that you are trying to serve. Our company is the registered agent for service of process for hundreds of thousands of entities, and because of your errors in identifying the party that you are trying to serve, we are unable to determine the identity of the party that you are attempting to serve.

☐ Inactive Entity: The entity that you are attempting to serve is either discontinued on our records and/or inactive with the Secretary of State. Accordingly, we no longer have any active agreement with the entity to operate as its registered agent for service of process, and we no longer have current delivery instructions on file.

To be clear, for the aforementioned reason(s), we have not been able to forward the documents that you are attempting to serve to any party. We are writing this letter to you so that you can take action to address the problems that we have identified. If you do not correct the errors identified herein, the party you are trying to serve will not receive notice of these documents.

Please email SOPInquiries@wolterskluwer.com if you believe that you have received this letter in error or if you need further assistance.

**(Returned To)**

MICHAEL J. WOELFEL Cabell County Circuit Clerk
750 5th. Avenue, Room 114,
Huntington, WV  25701



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:** Thomas Perry Boggs
tboggs@wvpersonalinjury.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following service return was FILED on 8/7/2025 12:19:08 PM

Notice Date:     8/7/2025 12:19:08 PM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

FILED 08/22/2025 10:07 AM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Kris Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

MICHAEL J WOELFEL CLERK
CIRCUIT CLERK CABELL COUNTY
750 FIFTH AVENUE
HUNTINGTON, WV 25701

**Control Number:** 343262

**Defendant:** EXCEL MODULAR SCAFFOLD AND
LEASING CORPORATION
5098 WASHINGTON STREET W
SUITE 407
CHARLESTON, WV 25313 US

**Agent:** NATIONAL REGISTERED AGENTS,
INC.

**County:** Cabell

**Civil Action:** 25-C-321

**Certified Number:** 92148901125134100004285079

**Service Date:** 8/5/2025

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Excel Modular Scaffolding and Leasing Corporation, 5098 Washington Street, West, Suite 407, Charleston, WV 25313
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

   ☐  I have reviewed documentation authorizing the above-named person to accept service on

   behalf of the individual named on the summons.

   ☐  I have not reviewed documentation authorizing the above-named person to accept service

   on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

**LISA TODD, as Personal Representative
of the ESTATE OF DUANE F. OECHSNER,**

        **Plaintiff,**

**v.**                                          **Civil Action No._____**

**EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION, PEYTON
LYKINS and MATTHEW RUSSELL,**

        **Defendants.**

### SUMMONS

**TO:**    **EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION**
c/o National Registered Agents, Inc., Registered Agent
5098 Washington Street West, Suite 407
Charleston, WV   25313

    **IN THE NAME OF THE STATE OF WEST VIRGINIA,** you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date:\_\_**JUL 29 2025**_____        By:_____, deputy

                                            MICHAEL J. WOELFEL
                                          Clerk of the Circuit Court



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:** Thomas Perry Boggs
tboggs@wvpersonalinjury.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following supporting documents was FILED on 8/12/2025 10:07:47 AM

Notice Date:    8/12/2025 10:07:47 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Kris Warner**
Secretary of State
State of West Virginia
**Phone: 304-558-6000**
886-767-8683
**Visit us online:**
www.wvsos.com

MICHAEL J WOELFEL CLERK
CIRCUIT CLERK CABELL COUNTY
750 FIFTH AVENUE
HUNTINGTON, WV 25701

**Control Number:** 343261

**Defendant:** MATTHEW RUSSELL
620 POLLARD ROAD, APT. 2
ASHLAND, KY 41101 US

**County:** Cabell

**Civil Action:** 25-C-321

**Certified Number:** 92148901125134100004285062

**Service Date:** 8/5/2025

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Matthew Russell, 620 Pollard Road, Apt. 2, Ashland, KY 41101

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
| --- | --- |
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to
_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
| --- | --- |
| Date | Server's Signature |

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

### IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

**LISA TODD, as Personal Representative
of the ESTATE OF DUANE F. OECHSNER,**

        **Plaintiff,**

**v.**                                                                 Civil Action No._____

**EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION, PEYTON
LYKINS and MATTHEW RUSSELL,**

        **Defendants.**

### SUMMONS

**TO:    MATTHEW RUSSELL**
       620 Pollard Road, Apartment 2
       Ashland, KY  41101

    **IN THE NAME OF THE STATE OF WEST VIRGINIA,** you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you.  You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date: **JUL 29 2025**                              By: _____

MICHAEL J. WOELFEL
Clerk of the Circuit Court



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:** Thomas Perry Boggs
tboggs@wvpersonalinjury.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following supporting documents was FILED on 8/12/2025 10:08:52 AM

Notice Date:     8/12/2025 10:08:52 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Kris Warner**
Secretary of State
State of West Virginia
**Phone: 304-558-6000**
886-767-8683
**Visit us online:**
www.wvsos.com

MICHAEL J WOELFEL CLERK
CIRCUIT CLERK CABELL COUNTY
750 FIFTH AVENUE
HUNTINGTON, WV 25701

**Control Number:** 343260

**Defendant:** PEYTON LYKINS
                5388 STATE ROUTE 827
                GREENUP, KY 41144 US

**County:** Cabell

**Civil Action:** 25-C-321

**Certified Number:** 92148901125134100004285055

**Service Date:** 8/5/2025

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document
directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

Kris Warner
Secretary of State

# SUMMONS

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

## IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
### Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation

Service Type:    Secretary of State - Certified - Including Copy Fee

NOTICE TO:   Peyton Lykins, 5388 State Route 827, Greenup, KY 41144
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Thomas Boggs, PO BOX 3327, , CHARLESTON, WV 25333

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 7/29/2025 2:01:11 PM | /s/ Michael J. Woelfel |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐  Return receipt of certified mail received in this office on _____

☐  I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐  I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to

_____ , someone who is eighteen (18) years of age or above and resides there.

☐  I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-

in-fact authorized by appointment or statute to receive service of process for the individual.

☐  I have reviewed documentation authorizing the above-named person to accept service on

behalf of the individual named on the summons.

☐  I have not reviewed documentation authorizing the above-named person to accept service

on behalf of the individual named on the summons.

☐  Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |

E-FILED | 7/29/2025 2:01 PM
CC-06-2025-C-321
Cabell County Circuit Clerk
Michael J. Woelfel

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

LISA TODD, as Personal Representative
of the ESTATE OF DUANE F. OECHSNER,

           Plaintiff,

v.                                        Civil Action No._____

EXCEL MODULAR SCAFFOLDING AND
LEASING CORPORATION, PEYTON
LYKINS and MATTHEW RUSSELL,

           Defendants.

## SUMMONS

TO:   PEYTON LYKINS
       5388 State Route 827
       Greenup, KY 41144

    **IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby Summoned and required to serve upon Thomas P. Boggs, attorney for Plaintiff, whose address is Post Office Box 3327, Charleston, West Virginia 25333, an **Answer** including any related counterclaim you may have to the Complaint filed against you in the above-styled Civil Action, a true copy of which is herewith delivered to you. You are required to serve your Answer within **30** days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled Civil Action.

Date: **JUL 29 2025**               By: _Jena Vanhoose, deputy_

                                 MICHAEL J. WOELFEL
                                 Clerk of the Circuit Court



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**   Thomas Perry Boggs
tboggs@wvpersonalinjury.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following supporting documents was FILED on 8/12/2025 10:09:54 AM

Notice Date:      8/12/2025 10:09:54 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622

**MICHAEL J. WOELFEL**

*Cabell County Circuit Clerk*
*750 5th. Avenue, Room 114*
*Huntington, West Virginia 25701*



FIRST-CLASS



US POSTAGE PB PITNEY BOWES

ZIP 25701
02 7W
0008035675 JUL 30 2025

$ 000.74⁰

152 NFE 1   424I8888/82/25
RETURN TO SENDER
RUSSELL MATTHEW
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER
BC: 25701201939   *0596-03543-02-20



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

To: Matthew Russell
620 Pollard Road
Apt. 2
Ashland, KY 41101

# NOTICE OF FILING

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following order - case was FILED on 7/30/2025 10:45:14 AM

Notice Date:    7/30/2025 10:45:14 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622



West Virginia E-Filing Notice

CC-06-2025-C-321

Judge: Sean K. Hammers

**To:**   Thomas Perry Boggs
          tboggs@wvpersonalinjury.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA
Lisa Todd v. Excel Modular Scaffolding and Leasing Corporation
CC-06-2025-C-321

The following supporting documents was FILED on 8/15/2025 10:52:46 AM

Notice Date:       8/15/2025 10:52:46 AM

Michael J. Woelfel
CLERK OF THE CIRCUIT COURT
Cabell County
750 5th Avenue, Suite 114
HUNTINGTON, WV 25701

(304) 526-8622